UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**DANIEL DEWAYNE AIKENS #21495-035**  **CIVIL ACTION NO. 1:24-cv-00284**
                                         **SEC P**

**VERSUS**                               **JUDGE TERRY A. DOUGHTY**

**FEDERAL BUREAU OF INVESTIGATION**   **MAG. JUDGE PEREZ-MONTES**

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 13] previously filed herein, having thoroughly reviewed the record, with no objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that because Defendant Federal Bureau of Investigation ("FBI") is entitled to immunity, Plaintiff Daniel Dewayne Aikens' Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 7th day of August 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE